# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
 Norfolk   DIVISION

**Monday, October 1, 2012**

**MINUTES OF PROCEEDINGS** **IN**     Open Court
**PRESENT**: THE HONORABLE    Mark S. Davis, U.S. District Judge

Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk:    Kaitlin Gratton                                    Reporter: Paul McManus, OCR

| Set:  2:30 p.m. | Started:  2:30 p.m. | Ended:  3:00 p.m. |
|---|---|---|
| Case No.   4:12cr28 | | |
| United States of America | | |
| v. | | |
| Michael Jay Tucker | | |
| | | |
| Bradley Price, SAUSA, present on behalf of the Government. | | |
| Kevin Diamonstein, c/a counsel, present on behalf of the Defendant. | | |
| Defendant present in custody. | | |
| Matter came on for a Competency Finding Hearing | | |
| Argument of counsel heard. | | |
| Court FINDS that Mr. Tucker is competent and capable of proceeding to trial and assisting his attorney with trial in this matter. | | |
| Clerk will contact all counsel and set a new trial date in this case. | | |
| Defendant remanded to custody of USM. | | |
| Court adjourned. | | |
| | | |
| | | |
| | | |
| | | |
| | | |