IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
IN OPEN COURT

JAN - 3 2013

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

UNITED STATES OF AMERICA,

v.   CRIMINAL NO. 4:12CR28

MICHAEL JAY TUCKER,

    Defendant.

### ORDER ACCEPTING PLEA OF GUILTY

The defendant, by consent, appeared before the Court on January 3, 2013, pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Mark S. Davis and has entered a plea of guilty to Counts Four and Six of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of each offense. The Court therefore accepts the plea of guilty.

The Clerk is directed to deliver a copy of this Order to counsel for the United States and to counsel for the defendant.

                                                               /s/ Douglas E. Miller
                                                         DOUGLAS E. MILLER,
                                                         UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 3, 2013