Clerk for Judge Davis

June 29, 2013

I am writing you in regards to my Attorney.

He is not doing his job. He is very ineffective. He wasn't done anything to help me or my case.

My life has been put in danger. He has also violated Rules of conduct relating to the Bar Association. Or Rules that are illegal that could get his lisence revoked.

I want a new Attorney as soon as possible!

Sincerely,

Michael Tuck



Michael Tucker
WTR3
2402 Godwin Blvd.
Suffolk, VA 23434

Clerk for U.S. District Court
600 Granby St.
Norfolk, VA 23510

WESTERN TIDEWATER REG. JAIL HAS
NEITHER CENSORED NOR INSPECTED THIS
MAIL. THEREFORE THIS FACILITY DOES NOT
ASSUME RESPONSIBILITY FOR CONTENT.

U.S. MAIL
INSPECTED