July 7, 2013

Hello,

I am writing you in concern to my case. Last december, I told Mr. diamonstein vital information Regarding my case, and he hasn't said anything to anyone. I contemplated on telling my agent but Mr. diamonstein told me not to. He made me sign a plea Knowing that I am Being treated injustly.

There are 3 other people who was involved in my case who are not locked up. I told Mr. diamonstein that and what really happened surrounding my case.

I was coerced. But Mr. diamonstein told me I did my crime out of duress. I am still scared and I don't Know what to do. My Brother had a lot to do with my crime, and so did his wife. I told my Brother I was scared and he gave me his gun & told me to hit the drawer, and try to hit the safe. I told Lindsay I didn't want to. I Knew he would hurt me and my girlfriend. Terry would also. Terry has sexually assaulted me when I was in the group home in 2011. He Knew where

I lived Then my brother Knew What Was going on, and he told me I Better stop bitchin up. I told my evaluator Most of this last year when I was in Missouri. I was scared to tell on my Brother Because he knows my girlfriend and he might hurt her. He has sexually harrassed her in the past 3 months. He Is violent. He has tried to kill me Before. I called 911. He has sexually molested me, I have marks still. His wife knew about what was going on. Terry knew & helped. they have me locked up and I had little control over what I did. I was scared. the man had A loaded gun, I didn't. If I've Been taken Advantage of my whole life, & raped, & abused, what do you expect me to do when someone tells me their gonna hurt me and my girlfriend, if I don't do what they say? I AM not A criminal. I've Been through A lot, and my life is getting taken Away from me, when I only did what I thought was right. And on top

of all that. I've Been through hell these past 17 months. assaulted by prison guards and A lot more. I've Been to 8 jails and 2 prisons. I'm so frustrated And confused. I don't Know why I'm locked up facing 32 years. If anything I should get no more than 5. Because I could've called the police. But me Being scared and all I didn't. I've Been done wrong by my family my whole life. And here I am fighting for my life, and it hurts so bad Because, I swear, I did what I thought was right. I want to go to trial. I want to withdraw my plea, and go to trial. I'm Being treated injustly, and I want A jury to decide. please Send A copy of this to the U.S. Attorney.

Sincerely,

Michael Tucker

Michael Tucker
WTRJ
Suffolk, VA 23434
Honorable Judge Davis
Norfolk, VA 23510
WESTERN TIDEWATER REG. JAIL HAS NEITHER CENSORED NOR INSPECTED THIS MAIL. THEREFORE THIS FACILITY DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS
U.S. MARSHALS INSPECTED
UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 000.46
0001749434 JUL 08 2013
MAILED FROM ZIP CODE 23434
23510/1915