IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

UNITED STATES OF AMERICA

v.                                       Criminal No. 4:12cr28

MICHAEL JAY TUCKER

    Defendant

## NOTICE OF APPEAL

Defendant Michael Jay Tucker, by counsel, pursuant to Rule 4(b), Fed. R. App. P. (West 2013), and in accordance with the Order entered by this Court in the above-styled case on February 7, 2014, hereby gives notice of his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment of conviction and sentence entered by this Court herein on January 15, 2014.

                                        Michael Jay Tucker,
                                          defendant, by counsel

_____/s/_____
Mark Bodner, Esquire
3925 University Drive
Fairfax, Virginia 22030
counsel for defendant
   Michael Jay Tucker
(703) 385-6667
fax (703) 591-5151
Virginia Bar No. 19516
rendob@gmail.com

<u>Certificate of service</u>

I certify that on February 24, 2014 I will electronically file the foregoing defendant Michael Jay Tucker's notice of appeal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Bradley Price, Esquire
>John C. Hanley, Esquire
>Kelly Pearson, Esquire
>Rebecca A. Staton, Esquire
>Louis A. Crisostomo, Esquire
>Assistant United States Attorneys
>Jonathan A. Ophardt, Esquire
>Marianne Shelvey, Esquire
>Special Assistant United States Attorneys
>721 Lake Front Commons, Suite 300
>Newport News, Virginia 23606
>Bradley.price@usdoj.gov
>John.hanley3@usdoj.gov
>Jon.ophardt@usdoj.gov
>Kelly.pearson2@usdoj.gov
>Rebecca.staton3@usdoj.gov
>Louis.Crisostomo2@usdoj.gov
>M.shelvey1@usdoj.gov

>            /s/
>Mark Bodner, Esquire
>3925 University Drive
>Fairfax, Virginia 22030
>counsel for Michael Jay Tucker
>(703) 385-6667
>fax (703) 591-5151
>Rendob@gmail.com
>Virginia Bar No. 19516

n2-app-Mchl.Tuc